U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
1/12/2011 at 1:30 PM
Hon. Robert E. Nugent, Presiding

Case Information:
    10-13639 Briana N Bobo   Chapter: 13

Judge: REN   Filed: 10/25/2010    Pln Confirmed:

Appearances:
       Rick E Hodge Jr. representing Briana N Bobo (Debtor)
X      Laurie B Williams (Trustee)

Issue(s):
    Meeting of Creditors & Notice of Appointment of Trustee Laurie B Williams to be held on 11/19/2010 at 02:00 PM at Wichita Room B-56. Proof of Claim due by 02/17/2011. Confirmation Hearing to be Held on 01/12/2011 at at Wichita Room 150. Autogenerated

Notes/Decision:    Chapter 13 Plan confirmed with no objections.

Courtroom Deputy: Annette Albright
Court Reporter/ECRO: Susan Hill

90